IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 1 3 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| IDT CORP. and NET2PHONE, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 10-4097 |
| EBAY, INC., SKYPE, INC., SKYPE TECHOLOGIES, S.A. | )<br>) JURY TRIAL DEMANDED<br>) |
| Defendants. | ) |

### IDT CORP. AND NET2PHONE, INC.'S MOTION FOR LEAVE TO FILE ORIGINAL COMPLAINT UNDER SEAL

COME NOW Plaintiffs, IDT Corp. and Net2Phone, Inc. ("Plaintiffs"), by and through their attorneys of record YOUNG, PICKETT & LEE and GIRARDI KEESE, and for their Motion for Leave to File Original Complaint Under Seal state as follows:

I.

On July 13, 2010, Plaintiffs filed their Original Complaint. This Motion seeking leave to seal is based on the fact that the hereinbefore described Complaint refers to information produced in a related litigation that may be subject to the terms of a Protective Order, and thus should be sealed herein for the purpose of protecting the confidential nature of such information.

WHEREFORE PREMISES CONSIDERED, Plaintiffs respectfully request that this Court granted their Motion for Leave to File Original Complaint Under Seal.

Respectfully submitted,

By: _____

John M. Pickett (AR Bar No. 86142
jpickett@youngpickettlaw.com
Damon Young (AR Bar No. 64050
dyoung@youngpickettlaw.com
**YOUNG, PICKETT & LEE**
4122 Texas Boulevard
P.O. Box 1987
Texarkana, Texas 75503
Telephone: (903) 794-1303
Facsimile: (903) 794-5098

Howard B. Miller (CA Bar No. 31392)
hmiller@girardikeese.com
Stephen G. Larson (CA Bar No. 145225)
slarson@girardikeese.com
Graham B. LippSmith (CA Bar No. 221984)
glippsmith@girardikeese.com
**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*
*IDT Corp. and Net2Phone, Inc.*