**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

| | |
|---|---|
| **IDT CORP., and NET2PHONE, INC.,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**EBAY INC., SKYPE, INC., and SKYPE TECHNOLOGIES SA,**<br><br>**Defendants.** | **Case No. 10-cv-4097-HFB** |

**JOINT STIPULATION OF DISMISSAL**

WHEREAS: (1) on July 13, 2010, Plaintiffs IDT Corp., and Net2Phone, Inc. (collectively, "IDT") filed a Complaint alleging four causes of action under 15 U.S.C. § 2 with this Court commencing this civil action against Defendants eBay Inc, Skype, Inc., and Skype Technologies SA (collectively, "eBay"); and (2) IDT and eBay have reached a mutually satisfactory resolution that fully settles all claims between them that were the subject of this action.

NOW, THEREFORE, pursuant to the Federal Rule of Civil Procedure 41(a)(2), the parties jointly request and stipulate to the entry of an Order providing that:

(1) This case, including all claims and counterclaims, shall be dismissed with prejudice;

(2) Each of the parties shall bear its own costs, expenses, and attorney fees associated with the prosecution and defense of this matter; and

(3) This Court shall retain exclusive jurisdiction over this matter for purposes of enforcement of this settlement.

By: */s/With permission Geoffrey P. Culbertson*
Geoffrey P. Culbertson

Nicholas H. Patton
Geoffrey P. Culbertson
**PATTON, TIDWELL & SCHROEDER, LLP**
P.O. Box 5398
Texarkana, TX 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

Of Counsel:
Morgan Chu
Andrei Iancu
Alan J. Heinrich
Eric B. Hanson
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Babak Redjaian
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-5260
Facsimile: (949) 760-5200

***ATTORNEYS FOR DEFENDANTS EBAY INC., SKYPE TECHNOLOGIES SA, SKYPE, INC.***

By: /s/ *Damon Young*______________
Damon Young

Damon Young (AR Bar No. 64050)
John M. Picket (AR Bar No. 86142)
**YOUNG, PICKETT & LEE**
4122 Texas Boulevard
P.O. Box 1897
Texarkana, Texas 75503
Telephone: (903) 794-1303
Facsimile: (903) 792-5098

Howard B. Miller (CA Bar No. 31392)
Stephen G. Larson (CA Bar No. 145225)
Graham B. LippSmith (CA Bar No. 221984)
**GIRARDI KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile:

***ATTORNEYS FOR PLAINTIFFS IDT CORP., AND NET2PHONE, INC.***